39 So.2d 52

**S. S. BEAM v. J. W. STUART, as Judge of Probate, et al.**

**8 Div. 475.**

Supreme Court of Alabama.

Jan. 20, 1949.

H. T. Foster, of Scottsboro, and H. G. Bailey, of Boaz, for appellant.

Proctor & Snodgrass, of Scottsboro, for appellee.

Per Curiam.

Appeal dismissed, motion of appellant.

38 So.2d 193

**B. E. JONES ROOFING CO. et al. v. J. F. KLEIBER, Adm'r.**

**6 Div. 714.**

Supreme Court of Alabama.

Nov. 23, 1948.

Jackson, Rives & Pettus, of Birmingham, for appellants.

Barber & Barber and Clifford Emond, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

38 So.2d 192

**Nick BIRD v. F. F. (Fletcher) JONES.**

**4 Div. 523.**

Supreme Court of Alabama.

Nov. 4, 1948.

Ralph A. Clark, of Andalusia, for appellant.

E. O. Baldwin, of Andalusia, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

38 So.2d 192

**Gussie BOSARGE v. Robert M. WESTON et al.**

**I Div. 336–A.**

Supreme Court of Alabama.

Nov. 12, 1948.

PER CURIAM.

Appeal dismissed, motion of appellant.

38 So.2d 192

**Hattie BROWN v. Clara Mims REDDICK.**

**2 Div. 256.**

Supreme Court of Alabama.

Oct. 4, 1948.

W. R. Withers, of Greensboro, for appellant.

S. W. H. Williams, Jr., of Greensboro, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.